## PIZITZ v. WINSETT.
(Decided April 15, 1915.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROW.

STOKELY, SCRIVNER & DOMINICK, for appellant. FRANK S. WHITE & SONS, for appellee.

SAYRE, J.—The evidence amply supported the verdict, and there was no error in overruling motion for new trial. Affirmed.

ANDERSON, C. J., MCCLELLAN and GARDNER, JJ., concur.